■ In the Matter of the Guardianship and Custody of MARGARET ELIZABETH W. et al., Infants. LITTLE FLOWER CHILDREN'S SERVICES, Respondent; MARGARET W., Appellant. — Order, Family Court, New York County (Rand, J.), entered on May 27, 1983, unanimously reversed, on the law, without costs and without disbursements, for the reasons stated in *Matter of Alexander L.* (60 NY2d 329), and the matter remanded to the Family Court, New York County, for further proceedings in accordance with *Matter of Alexander L.* Concur — Murphy, P. J., Sullivan, Ross, Silverman and Bloom, JJ.

■ In the Matter of the Guardianship and Custody of TANISE B. et al., Infants. NAYNA B., Respondent; NEW YORK CITY BUREAU OF MENTAL HEALTH SERVICES, Appellant. — Order, Family Court, Kings County (G. Mainzer, J.), entered on April 27, 1983, unanimously affirmed, without costs and without disbursements. (See *Matter of Alexander L.,* 60 NY2d 329.) No opinion. Concur — Murphy, P. J., Sullivan, Ross, Silverman and Bloom, JJ.